IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT KING, JR.
ADC #134580                        PLAINTIFF

v.              No. 5:13-cv-278-DPM- BD

STEPHANIE HARRIS, Head Jailer, Desha County
Detention Center; and MICHAEL DUNNIGAN,
Lieutenant, Desha County Detention Center      DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, № 6. King has not objected. On review for clear error of fact on the face of the record and legal error, FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Note), the Court adopts Judge Deere's recommendation as its own. King's claims against Harris and Dunnigan in their official capacities are dismissed without prejudice. His claims against them in their individual capacities are still pending.

So Ordered.

_____
D.P. Marshall Jr.
United State District Judge

16 October 2013